UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                              CASE NO:  3:12-bk-06655-JAF
                                                    Chapter 13

RICHARD STEVEN BOHLER and
ANGELA MICHELLE BOHLER
       Debtors
_____

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

   Pursuant to Local Rule 2002-4, the Court will consider this motion without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the proof of service attached to this paper plus an additional three days for service. If you object to the relief requested in this paper, you must file your response with the Clerk of the Court, United States Bankruptcy Court, 300 N. Hogan Street, Suite 3-150, Jacksonville, FL  32202, and serve a copy on Douglas W. Neway, Chapter 13 Trustee, P.O. Box 4308, Jacksonville, FL  32201-4308, and any other appropriate persons within the time allowed.

   If you file and serve a response within the time permitted, the Court may schedule and notify you of a hearing, or the Court may consider the response and may grant or deny the relief requested without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

## TRUSTEE'S MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN

   COMES NOW DOUGLAS W. NEWAY, CHAPTER 13 TRUSTEE, who hereby files this Motion to Modify Confirmed Chapter 13 Plan and moves the Court for an Order pursuant to 11 U.S.C. §1329 to modify the Confirmed Chapter 13 Plan and in support states:

   1. The Debtors' Chapter 13 Plan was confirmed by Order dated June 20, 2014.

   2. Pursuant to 11 U.S.C. §1329, the Trustee proposes a Modification of the Confirmed Chapter 13 Plan, a copy being attached.

   3. The Debtors have provided to the Trustee financial information for the prior year that reflects an increase in monthly disposable income and accordingly, the confirmed plan payments should be increased. Also, the Debtors have received a tax refund which the Trustee deems disposable income that is not required for the reasonable or necessary expenses of the Debtors or that of the dependants, and which is disposable income as defined by the Code.

WHEREFORE, the TRUSTEE requests the Court grant the motion to modify the Confirmed Chapter 13 plan as proposed.

        DOUGLAS W. NEWAY, CHAPTER 13 TRUSTEE
By: /s/ Marsha M. Brown
Douglas W. Neway
Florida Bar No. 0709948
Marsha M. Brown, Attorney for Trustee
Florida Bar #650064
John J. Freeman, Jr., Attorney for Trustee
Florida Bar #58618
P.O. Box 4308
Jacksonville, Florida 32201-4308
Telephone (904)358-6465
FAX (904)634-0038
attorneys@ch13jaxfl.com

## CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing was served by electronic transmission, facsimile transmission and/or U.S. Mail on October 6, 2016 on all interested parties.

/s/ Marsha M. Brown

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

RICHARD STEVEN BOHLER and
ANGELA MICHELLE BOHLER

     Debtors
_____

CASE NO: 3:12-bk-06655-JAF
Est. Time if hearing is required: 10 minutes
Chapter 13

## CHAPTER 13 TRUSTEE'S PROPOSED MODIFIED PLAN

COMES NOW, DOUGLAS W. NEWAY, CHAPTER 13 TRUSTEE, who hereby submits the following proposed modified plan

**CHECK ONE:**

_____ The Trustee certifies that the Plan does not deviate from the model plan adopted by the Court at the time of the filing of this case. Any nonconforming provisions are deemed stricken.

__√__ The Plan contains provisions that are specific to this Plan in paragraph 9, Nonconforming Provisions. Any nonconforming provision not set forth in paragraph 9 is deemed stricken.

**1. MONTHLY PLAN PAYMENTS**. Plan payments include the Trustee's fee of 10% and shall begin 30 days from petition filing/conversion date. Debtor shall make payments to the Trustee for the period of 60 months. If the Trustee does not retain the full 10%, any portion not retained will be disbursed to allowed claims receiving payment under the plan and may cause an increased distribution to the unsecured class of creditors:

    (A)    $410.00 for months 1 through 12;
    (B)    $528.84 for months 13 through 20;
    (C)    $3,402.29 for months 21 through 39;
    (D)    $3,445.29 for months 40 through 48;
    (E)    $5,106.29 for month 49;
    (F)    $4,145.29 for months 50 through 60.

Paragraph 2 through 8 of the Model Plan have been redacted as no changes are proposed to any of the creditor distributions as allowed by the Order Confirming the Chapter 13 Plan, as may be modified by further court order, except for those as to the unsecured claims timely filed and allowed.

9. **<u>NONCONFORMING PROVISIONS</u>:**

**<u>Upon review of the Debtors' post petition tax return, the Trustee has determined that the Debtors have additional projected disposable income and accordingly the confirmed plan payments should be modified.</u>**

**<u>The additional funds will be provided to the timely filed and allowed unsecured claims as additional distribution. This modification will not change the payments as to any secured or priority creditors as provided for in the terms of the confirmed Chapter 13 Plan except as otherwise provided herein. The fees and expenses of the Trustee shall be paid</u>**

        DOUGLAS W. NEWAY, CHAPTER 13 TRUSTEE
        By: /s/ Marsha M. Brown
        Douglas W. Neway
        Florida Bar No. 0709948
        Marsha M. Brown, Attorney for Trustee
        Florida Bar #650064
        John J. Freeman, Jr., Attorney for Trustee
        Florida Bar #58618
        P.O. Box 4308
        Jacksonville, Florida 32201-4308
        Telephone (904)358-6465
        FAX (904)634-0038
        attorneys@ch13jaxfl.com

CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing was served by electronic transmission, facsimile transmission and/or U.S. Mail on October 6, 2016 on all interested parties.

/s/ Marsha M. Brown

```
Label Matrix for local noticing      Angela Michelle Bohler              Richard Steven Bohler
113A-3                               4831 Marsh Hammock Drive East       4831 Marsh Hammock Drive East
Case 3:12-bk-06655-JAF               Jacksonville, FL 32224-1881         Jacksonville, FL 32224-1881
Middle District of Florida
Jacksonville
Thu Oct  6 08:21:25 EDT 2016

Hancock Bank                         Ally Financial                      Ally Financial Inc.
c/o J. Ellsworth Summers, Jr., Esq.  POB 380902                          c/o Ally Servicing LLC
Rogers Towers, P.A.                  Minneapolis MN 55438-0902           P.O. Box 130424
1301 Riverplace Blvd., Suite 1500                                        Roseville, MN 55113-0004
Jacksonville, FL 32207-9020


American InfoSource LP as agent for  Capital Management Services,       Chase
T Mobile/T-Mobile USA Inc            726 Exchange Street Ste 700        POB 15298
PO Box 248848                        Buffalo NY 14210-1464              Wilmington DE 19850-5298
Oklahoma City, OK  73124-8848



City of Jacksonville                 Consolidated Laboratory Ser        Convergent
117 West Duval Street Ste. 480       POB 2850                           POB 1022
Jacksonville, FL 32202-5721          Jacksonville FL 32203-2850         Wixom MI 48393-1022




Dermpath Diagnostics                 Discover Bank                      Discover Bank
16684 Collections Center Dr.         DB Servicing Corporation           Discover Products Inc
Chicago IL 60693-0166                PO Box 3025                        PO Box 3025
                                     New Albany, OH  43054-3025         New Albany, OH  43054-3025



Discover Financial Servcs LL         Duval County Tax Collector         Financial Corp of America
POB 15316                            231 Forsyth St.  #130              POB 203500
Wilmington DE 19850-5316             Jacksonville FL 32202-3380         Austin TX 78720-3500



Florida Dept. of Revenue             Hammocks Association               Hancock Bank
Bankruptcy Unit                      4823 Marsh Hammock Drive E         POBox 681400
P.O. Box 6668                        Jacksonville FL 32224-1881         Prattville AL 36068-1400
Tallahassee, FL 32314-6668



Hancock Bank                         Internal Revenue Service           Jacksonville Anesthesia Corp
c/o Michael S. Waskiewicz            PO Box 7346                        PO Box 160489
1301 Riverplace Blvd., Ste. 1500     Philadelphia, PA  19101-7346       Miami FL 33116-0489
Jacksonville, FL 32207-1811



MJ Altman Companies, Inc.            NCB Management Services, Inc       NCO Financial
112 SE 1st Ave                       POB 1099                           3005 Grape Rd.
Ocala FL 34471                       Langhorne PA 19047-6099            Suite A
                                                                        Mishawaka IN 46545-2709


Online Collections                   Peoples First Community Bank       St. Vincent's
POB 1489                             2305 Hwy 77                        POB 45167
Winterville NC 28590-1489            Panama City FL 32405-4403          Jacksonville FL 32232-5167
```

| | | |
|---|---|---|
| Sunrise Credit Services<br>260 Airport Plaza<br>POB 9100<br>Farmingdale NY 11735-9100 | (p)C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 |
| University of FL Jax Physcia<br>POB 44008<br>Jacksonville FL 32231-4008 | Upchurch, Bailey & Upchurch<br>Katherine Jones<br>POB 3007<br>Saint Augustine FL 32085-3007 | (p)VYSTAR CREDIT UNION<br>PO BOX 45085<br>JACKSONVILLE FL 32232-5085 |
| Wells Fargo<br>POB 14517<br>Des Moines IA 50306-3517 | Wells Fargo Card Services<br>1 Home Campus<br>3rd Floor<br>Des Moines, IA 50328-0001 | Xm Satellite Radio<br>POB 33174<br>Detroit MI 48232-5174 |
| Edward P Jackson +<br>255 N. Liberty Street, First Floor<br>Jacksonville, FL 32202-2820 | United States Trustee - JAX 13/7 7+<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Michael S Waskiewicz +<br>Burr & Forman, LLP<br>50 North Laura Street, Suite 3000<br>Jacksonville, FL 32202-3658 |
| J Ellsworth Summers Jr.+<br>Burr & Forman, LLP<br>50 North Laura Street, Suite 3000<br>Jacksonville, FL 32202-3658 | Douglas W. Neway +<br>P O Box 4308<br>Jacksonville, FL 32201-4308 | (TM) Office Of Edward P Jackson +<br>255 N. Liberty Street, First Floor<br>Jacksonville, FL 32202-2820 |

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

T-Mobile
POB 629025
El Dorado Hills CA 95762

VyStar Credit Union
POB 45085
Jacksonville FL 32232-5085

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Jerry A. Funk
Jacksonville

End of Label Matrix
Mailable recipients    45
Bypassed recipients     1
Total                  46